STEWART, Plaintiff in error, v. STATE, Defendant in error.

*No. State 36. Submitted February 1, 1973.—Decided February 27, 1973.*
(Also reported in 204 N. W. 2d 679.)

For the plaintiff in error the cause was submitted on the brief of *C. M. Bye* and *Gaylord & Bye,* all of River Falls.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Robert B. McConnell,* assistant attorney general.

PER CURIAM. The single issue raised on this review of the denial of the defendant's sec. 974.06, Stats., motion for postconviction relief is whether he had effective representation of counsel at his trial. After reviewing the record and in accordance with the test for effective representation by counsel as established in *Pulaski v. State* (1964), 23 Wis. 2d 138, 126 N. W. 2d 625, the court concludes that defendant's counsel competently and adequately represented him at his trial.

The order is affirmed.